

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**CARLA KERR STEARNS**
Practice Attorney
(212) 294-3553
CStearns@winston.com

December 20, 2016

**VIA ELECTRONIC FILING ON ECF AND FEDEX COPY TO CHAMBERS**

The Honorable Judge Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York  11722

Re: **Collymore/Malik v. North Shore University Hospital, No. 2:16-cv-06584-LDW-SIL**

Dear Judge Wexler:

We represent Defendant North Shore University Hospital in the above-entitled action.  We hereby respectfully request an extension of time to file an Answer in this case, having been very recently retained.

The Answer is due on December 22, 2016 and this is our first request for an extension.  Given our recent retention, as well as the upcoming holiday, we have requested an extension up to and including January 23, 2017.  Plaintiffs' counsel has consented.

Respectfully submitted,

s/ Carla Kerr Stearns

Carla Kerr Stearns

SO ORDERED: _____
                              U.S.D.J.

cc.   Orin Kurtz, Esq.
      Gardy & Notis, LLP
      Tower 56
      126 East 56th Street, 8th Fl.
      New York, NY  10022



200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

Amanda Sommerfeld, Esq.
Audrey Shen Chui, Esq.
Winston & Strawn LLP
Wells Fargo History Museum,
333 S Grand Ave, 38th Fl.
Los Angeles, CA 90071