UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NICOLE COLLYMORE and FAISAL MALIK, on behalf of themselves and all others similarly situated,,<br><br>      Plaintiffs,<br><br>v.<br><br>NORTH SHORE UNIVERSITY HOSPITAL,<br><br>      Defendant. | Case No. 2:16-cv-06584-LDW-SIL<br><br>**STIPULATION AND ORDER TO DISMISS COUNT TWO OF COMPLAINT AND WITHDRAW LETTER REQUEST FOR PRE-MOTION CONFERENCE** |

  WHEREAS, on November 28, 2016, Plaintiffs Nicole Collymore and Faisal Malik ("Plaintiffs") filed a Complaint for Violation of Fair Labor Standards Act ("Count One") and New York Labor Law ("Count Two");

  WHEREAS, on January 23, 2016, Defendant North Shore University Hospital ("NSUH") filed a letter to request a pre-motion conference on NSUH's proposed motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), thereby tolling its time to answer pursuant to Rule 12 of the Federal Rules of Civil Procedure; and

  WHEREAS by and between undersigned counsel, Plaintiffs intend to withdraw Count Two of the Complaint in exchange for NSUH's withdrawal of its request for a pre-motion conference on its proposed motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6);

  NOW IT IS HEREBY STIPULATED AND AGREED by the parties, by and between undersigned counsel, that Count Two of the Complaint is voluntarily dismissed; NSUH's letter request for a pre-motion conference on its proposed motion to dismiss the Complaint pursuant to

Fed. R. Civ. P. 12(b)(6) is hereby withdrawn; and NSUH's time to serve an answer to the Complaint is extended until twenty (20) days from entry of this Stipulation and [Proposed] Order as so ordered. Neither party shall be deemed to have waived or conceded any arguments that were made (or could have been made) in support of, or in opposition to, the proposed motion to dismiss.

Dated: February 6, 2017

| For the Defendant: | For the Plaintiffs: |
|---|---|
| By: s/Amanda C. Sommerfeld<br>    Amanda C. Sommerfeld<br>    *Appearing pro hac vice*<br>    asommerf@winston.com<br><br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Fl.<br>Los Angeles, CA 90071-1543<br>Tel.: (213) 615-1700<br>Fax: (213) 615-1750<br><br>-and-<br><br>Carla Kerr Stearns<br>cstearns@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue, 41st Fl.<br>New York, NY 10166-4193<br>Tel.: (212) 294-6700<br>Fax: (212) 294-4700 | By: s/Orin Kurtz<br>    Orin Kurtz<br>    okurtz@gardylaw.com<br><br>GARDY & NOTIS, LLP<br>Tower 56<br>126 East 56th Street, 8th Floor<br>New York, NY 10022<br>Tel.: (212) 905-0509<br>Fax: (212) 905-0508 |

SO ORDERED:

_____
   Hon. Leonard D. Wexler

Dated: February      , 2017