UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
NICOLE COLLYMORE and FAISAL            )
MALIK, on behalf of themselves and all )
others similarly situated,             )
                                       )
                Plaintiffs,            )
                                       )
        -against-                      )
                                       )
NORTH SHORE UNIVERSITY HOSPITAL, )
                                       )
                Defendant.             )
                                       )
                                       )
                                       )
------------------------------------------------------- x

No. 2:16-cv-06584-LDW-SIL

MOTION TO SUBSTITUTE ATTORNEY

Defendant North Shore University Hospital hereby moves to substitute Amanda C. Sommerfeld, formerly of the law firm of Winston & Strawn LLP, and currently of the law firm of Jones Day LLP, as counsel of record in this action. Ms. Sommerfeld previously has been admitted pro hac vice to represent Defendant.

Dated: March 13, 2017

Respectfully submitted,

By: _____
Amanda C. Sommerfeld
Jones Day LLP
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
(213) 489-3939
asommerfeld@jonesday.com
Attorneys for Defendant
NORTH SHORE UNIVERSITY
HOSPITAL

- 2 -

I consent to this substitution

*[signature]*

Amanda C. Sommerfeld
Jones Day LLP
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
asommerfeld@jonesday.com

I consent to this substitution

*[signature]*

North Shore University Hospital
BY: Andrew Schulz
ITS: SVP + General Counsel

-2-

## **CERTIFICATE OF SERVICE**

      I, Amanda C. Sommerfeld, hereby certify that on March 16, 2017, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        /s/ Amanda C. Sommerfeld