# CIVIL CAUSE FOR PREMOTION CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** May 1, 2017
**TIME:** 10:10 to 11:20 (10 Mins.)

**DOCKET:** 16-CV-6584 (LDW)(SIL)
**TITLE:** Collymore, et al v. North Shore University Hospital

**APPEARANCES:**
- Plaintiff(s) represented by:
    - **Orin R. Kurtz**

- Defendant(s) represented by:
    - **Amanda C. Sommerfeld**

- Courtroom Deputy: E. Russo
_____

- In camera conference held.

- Parties directed to submit an expedited schedule to complete discovery as to the two named plaintiffs, only, and a proposed briefing schedule as to defendant's motion for summary judgment by **May 5, 2017**.

- All other discovery, including plaintiffs' motion to certify FLSA collective action, is **stayed**.

- Based on today's conference, parties do not need to appear before Magistrate Judge Locke as previously ordered on 4/11/2017 (DE [20]).

- Proceedings concluded.